EDWIN SMITH, Respondent, *v.* NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant. (Two Cases.)

(Submitted December 12, 1927, decided December 16, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 349.)